UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
:
JUAN JESUS MATA ENRIQUEZ, et al.,   :
:
                     Plaintiffs,   :
:      21-cv-11195 (VSB)
          -against-   :
:      **ORDER**
:
189 CHRYSTIE STREET PARTNERS, LP,   :
et al.,   :
:
                    Defendants.   :
----------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

       There is currently a post-discovery conference scheduled before me in this matter for September 8, 2022 at 3:00 p.m. However, on August 9, 2022, the parties filed a signed Notice, Consent, and Reference of Civil Action to Magistrate Judge Sarah Netburn. (Doc. 26.) Accordingly, it is hereby:

       ORDERED that the post-discovery conference scheduled for September 8, 2022 is canceled.

SO ORDERED.

Dated:  September 1, 2022
           New York, New York

                                                            Vernon S. Broderick
                                                            United States District Judge