UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUAN JESUS MATA ENRIQUEZ and JAVAL ENCARNACION, individually and on behalf of all other persons similarly situated,<br><br>        Plaintiffs,<br><br>   v.<br><br>189 CHRYSTIE STREET PARTNERS, LP d/b/a THE BOX, VARIETY WORLDWIDE LLC, SIMON HAMMERSTEIN and JAVIER VIVAS, Jointly and Severally,<br><br>        Defendants. | ECF CASE<br><br>No.: 1:21-cv-11195 (SN) |

**NOTICE OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF THE CLASSWIDE SETTLEMENT AGREEMENT AND RELEASE, CONDITIONAL CERTIFICATION OF THE SETTLEMENT CLASS, APPOINTMENT OF PLAINTIFFS' COUNSEL AS CLASS COUNSEL, APPROVAL OF THE PROPOSED NOTICE OF SETTLEMENT, AND SCHEDULING OF A FINAL FAIRNESS HEARING**

PLEASE TAKE NOTICE that Plaintiffs move the Court for the following relief in this putative class and collective action under the New York Labor Law and Fair Labor Standards Act: (1) certifying this matter as a class action for settlement purposes under Fed. R. Civ. P. 23 (a) and (b)(3); (2) preliminarily approving the class-wide settlement under Fed. R. Civ. P. 23(e); (3) approving the proposed Notice of Settlement and Claim Form; (4) scheduling a final fairness hearing; and (5) appointing Lipsky Lowe LLP as class counsel under Fed. R. Civ. P. 23(g)(1)(A).

In support of this joint motion, the parties shall rely upon the accompanying (1) Memorandum of Law and (2) the Declaration of Plaintiffs' counsel Douglas B. Lipsky and the exhibits thereto.

Attached here as Exhibit A is a proposed Order.

Dated: New York, New York
October 25, 2022

s/ Douglas B. Lipsky
Douglas B. Lipsky
LIPSKY LOWE LLP
420 Lexington Avenue, Suite 1830
New York, New York 10170
212.392.4772
doug@lipskylowe.com
*Attorneys for Plaintiffs*
