UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JUAN JESUS MATA ENRIQUEZ, et al.,

                              **Plaintiffs,**

        -against-

**189 CHRYSTIE STREET PARTNERS, LP d/b/a THE BOX, et al.,**

                              **Defendants.**

-----------------------------------------------------------------X

21-CV-011195 (SN)

<u>**FINAL CLASS AND COLLECTIVE ACTION SETTLEMENT APPROVAL ORDER**</u>

**SARAH NETBURN, United States Magistrate Judge:**

      For the reasons stated on the record at today's hearing, Plaintiffs' Motion for Final Approval of the Class and Collective Action Settlement, Motion to Approve Class Representative Service Award Payments, and Motion for Attorney's Fees and Expenses are GRANTED, and this case is closed.

      The Clerk of Court is requested to close the motions at ECF Nos. 43, 47, and 49.

**SO ORDERED.**

_(signature)_
SARAH NETBURN
United States Magistrate Judge

DATED:    May 12, 2023
                New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/12/2023